| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Edward Y. Kroub<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY 10281 | | | | |
| Telephone No: 212-595-6200 | FAX No: 212-595-9700 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Southern District Of New York | | | | |
| Plaintiff: Dilenia Paguada, et al. | | | | |
| Defendant: Beauty Care Choices | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV02160ER |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:         Beauty Care Choices
   b. Person served:       David Paul Coy, Agent for Service

4. Address where the party was served:   2962 Cascade Blvd
                                         Shasta Lake, CA 96019

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 01, 2022 (2) at: 11:29AM

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. James Siekers                                            d. *The Fee for Service was:*
   b. Class Action Research & Litigation                       e. I am: (3) registered California process server
      P O Box 740                                                 *(i)* Independent Contractor
      Penryn, CA 95663                                            *(ii)* Registration No.:   279
   c. (916) 663-2562, FAX (916) 663-4955                          *(iii)* County:            Shasta

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Apr. 04, 2022

                                                                              *(signature)* (James Siekers)

Judicial Council Form                     PROOF OF SERVICE                                                  edykro.231341
Rule 2.150.(a)&(b) Rev January 1, 2007    Summons & Complaint